| | This space for Recorder's use | |
|---|---|---|
| | Recording Requested By:<br>Bank of America<br>Prepared By:<br>Danilo Cuenca<br>888-603-9011<br>450 E. Boundary St.<br>Chapin, SC 29036 | When recorded mail to:<br>CoreLogic<br>450 E. Boundary St.<br>Attn: Release Dept.<br>Chapin, SC 29036 |
| Property Address:<br>538 KING STREET<br>Oxford, ME 04270<br>Property Location:<br>Township of OXFORD<br>ME0-AM 15500873     2/24/2012 | | |

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 1901 E Voorhees Street, Suite C, Danville, IL 61834 does hereby grant, sell, assign, transfer and convey unto BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP whose address is 13150 WORLD GATE DR, HERNDON, VA 20170
 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | COUNTRYWIDE HOME LOANS, INC. |
| Borrower(s): | JENNIFER E WATERHOUSE, SOLELY |
| Date of Mortgage: | 5/6/2004 |
| Original Loan Amount: | $67,800.00 |

Recorded in Oxford/East District, ME on: 5/11/2004, book 3508, page 194 and instrument number 6019

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
2/15/2012

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____

Aida Duenas
Assistant Secretary

EXHIBIT D

Doc#: 1916
Bk: 4820 Pg: 183

State of California
County of Ventura

On __FEB 2 5 2012__ before me, __Becki E. Cameron, Notary Public__, Notary Public, personally appeared __Alda Duenas__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: __Becki E. Cameron__ (Seal)
My Commission Expires: __May 28, 2014__

[Notary Seal: BECKI E. CAMERON, COMM. # 1881243, NOTARY PUBLIC-CALIFORNIA, VENTURA COUNTY, My Commission Expires MAY 28, 2014]

Received
Recorded Register of Deeds
Mar 05, 2012 11:50A
Oxford East County
Patricia A. Shearman

State of Maine    DATE 2/6/18
Oxford, ss.

I HEREBY ATTEST THAT THIS IS A TRUE COPY OF RECORD.

BOOK __4820__ PAGE __182+183__

Patricia A. Shearman
Register of Deeds, Oxford County East