UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSRMF MH Master Participation Trust II<br><br>Plaintiff<br><br>vs.<br><br>Jennifer E. Waterhouse a/k/a Jennifer Waterhouse<br><br>Defendant<br><br>The Bank of New York Mellon FKA The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of CWABS Master Trust, Revolving Home Equity Loan Asset Backed Notes, Series 2004-I<br><br>Party-in-Interest | Case No. 2:21-cv-00295-LEW |

## **ORDER**

This matter having come before the Court on Plaintiff's Motion for Approval of Settlement and good cause being shown, it is hereby ordered that the Consent Judgment of Foreclosure and Sale is approved and granted.

SO ORDERED.

Dated this 11th day of October, 2022.

                                                    /s/ Lance E. Walker
                                            UNITED STATES DISTRICT JUDGE